**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**D. NEIL HARRIS AND ASSOCIATES, P.A. and**
**D. NEIL HARRIS, SR., INDIVIDUALLY AND D/B/A**
**D. NEIL HARRIS AND ASSOCIATES, P.A.**                                **PLAINTIFFS**

**VS.**                                            **CIVIL ACTION NO. 1:08cv1489 HSO-MTP**

**STATE FARM FIRE AND CASUALTY COMPANY;**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE**
**COMPANY; AND JOHN AND JANE DOES**
**A, B, C, D, E, F, G and H**                                            **DEFENDANTS**

## PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY PLEADINGS

TO:   H. Scot Spragins, Esquire
      Hickman, Goza & Spragins, PLLC
      P. O. Drawer 668
      Oxford, MS 38655-0668

Notice is hereby given that Plaintiffs have this date served a 30(b)(6) Notice and Subpoena Duces Tecum to State Farm Fire and Casualty Company in the above referenced matter. The original notice and subpoena is being sent to counsel for all parties.

RESPECTFULLY SUBMITTED, this the 28th day of August, 2009.

                              D. NEIL HARRIS & ASSOCIATES , P.A.
                              D. NEIL HARRIS, INDIVIDUALLY AND D/B/A
                              D. NEIL HARRIS & ASSOCIATES, PLAINTIFFS

                    By:   */s/ Christopher C. Van Cleave*
                          Christopher C. Van Cleave (MSB #10796)

CLYDE H. GUNN, III (MSB #5074)
CHRISTOPHER C. VAN CLEAVE (MSB #10796)
W. CORBAN GUNN (MSB #101752)
DAVID N. HARRIS, JR. (MSB #100790)
CORBAN, GUNN & VAN CLEAVE, P.L.L.C.
P. O. Drawer 1916
Biloxi, MS 39533-1916
Telephone: (228) 432-7826
Facsimile: (228) 456-0998
Email: christopher@cgvclaw.com

**CERTIFICATE OF SERVICE**

      I, undersigned counsel of record, hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the EFC system which sent notification of such filing to the following:

H. Scot Spragins, Esquire
Hickman, Goza & Spragins, PLLC
P. O. Drawer 668
Oxford, MS 38655-0668

This the 28th day of August, 2009.

                                              By:   */s/ Christopher C. Van Cleave*
                                                            Christopher C. Van Cleave (MSB #10796)