**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**D. NEIL HARRIS AND ASSOCIATES, P.A. and
D. NEIL HARRIS, SR., INDIVIDUALLY AND D/B/A
D. NEIL HARRIS AND ASSOCIATES, P.A.**                    **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO. 1:08cv1489 HSO-MTP**

**STATE FARM FIRE AND CASUALTY COMPANY;
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY; AND JOHN AND JANE DOES
A, B, C, D, E, F, G and H**                         **DEFENDANTS**

---

**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY PLEADINGS**

---

TO:    H. Scot Spragins, Esquire
       Hickman, Goza & Spragins, PLLC
       P. O. Drawer 668
       Oxford, MS 38655-0668

       Notice is hereby given that Plaintiffs, have this date served the following on the

above referenced counsel of record in this cause:

1.     *Plaintiffs' Third Supplemental Responses to First Set of Request for Production of
       Documents Propounded by Defendant, State Farm Fire and Casualty Company.*

The undersigned retains the originals of the above papers as custodian thereof.

       RESPECTFULLY SUBMITTED, this the 15th day of September, 2009.

                         D. NEIL HARRIS & ASSOCIATES , P.A.
                         D. NEIL HARRIS, INDIVIDUALLY AND D/B/A
                         D. NEIL HARRIS & ASSOCIATES, PLAINTIFFS

1

By:/s/ Christopher C. Van Cleave
Christopher C. Van Cleave (MSB #10796)

CLYDE H. GUNN, III (MSB #5074)
CHRISTOPHER C. VAN CLEAVE (MSB #10796)
W. CORBAN GUN (MSB #101752)
DAVID N. HARRIS, JR. (MSB #100790)
CORBAN, GUNN & VAN CLEAVE, P.L.L.C.
P. O. Drawer 1916
Biloxi, MS 39533-1916
Telephone: (228) 432-7826
Facsimile: (228) 456-0998
Email: christopher@cgvclaw.com

**CERTIFICATE OF SERVICE**

I, undersigned counsel of record, hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the EFC system which sent notification of such filing to the following:

H. Scot Spragins, Esquire
Hickman, Goza & Spragins, PLLC
P. O. Drawer 668
Oxford, MS 38655-0668

This the 15th day of September, 2009.

By:/s/ Christopher C. Van Cleave
Christopher C. Van Cleave (MSB #10796)

2