STATE FARM INSURANCE COMPANIES
P.O. Box 630618
Irving, TX 75063-0618

Phone: 866-787-8676
Fax: 866-281-8994

Claim Number: 24-Z209-803
Policy Number: 99-00-4418-0
Claim Rep: SEAN CASH
Rep. Phone: X 1222

Date of Loss: 8/29/2005
Policy Type: Business Policy (TENANT)
Time of Loss: Before Business Hours
Type of Business: Attorney

Insured: D Neil Harris
Address: P.O. Box 306
Pascagoula, MS 39568-0306

Phone: 228-393-1201
Fax:

6/7/2007          State Farm Insurance Companies          1 of 8

24-z209-803 (BS)
Harris 100495

## Business Policy (Tenant)

|  |  | % OF SALES |
|---|---:|---:|
| GROSS RECEIPTS OR SALES | $406,663 | |
| RETURNS & ALLOWANCES | $0 | |
|  | $0 | 0.00% |
| NET RECEIPTS OR SALES | $406,663 | 100% |
| COST OF GOODS SOLD | | |
| BEG. INVENTORY | $0 | |
| PURCHASES | $0 | |
| FREIGHT IN | $0 | |
| SUPPLIES | $0 | |
| ENDING INVENTORY | $0 | |
| COST OF GOODS SOLD | $0 | 0.00% |
| GROSS PROFIT | $406,663 | 100.00% |

| OPERATING EXPENSES: | AMOUNT | % OF SALES | CONT. EXP. 1st 90 Days | % OF SALES | CONT EXP AFTER 90 | % OF SALES |
|---|---|---|---|---|---|---|
| ACCOUNTING | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| ADVERTISING | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| ALARM SYSTEMS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| AMORTIZATION | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| AUTOMOBILE | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| BAD DEBT | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| BUSINESS UTILITIES | $1,670 | 0.41% | $1,670 | 0.41% | $1,670 | 0.41% |
| CASE COSTS | $124,841 | 30.70% | $0 | 0.00% | $0 | 0.00% |
| COMMISSIONS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| COMP OF OFFICERS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| COST OF LABOR | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| CREDIT CARD CHARGES | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| DELIVERY | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| DEPRECIATION | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| DUES & SUBSCRIPTIONS | $2,967 | 0.73% | $2,967 | 0.73% | $2,967 | 0.73% |
| EMP. BENEFITS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| ENTERTAINMENT | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| GARBAGE | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| HEALTH INS. | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| INSURANCE | $8,826 | 2.17% | $8,826 | 2.17% | $8,826 | 2.17% |
| INTEREST | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| LAUNDRY | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| LEASING | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| LEGAL | $545 | 0.13% | $545 | 0.13% | $545 | 0.13% |
| TAXES & LICENSES | $9,508 | 2.34% | $9,508 | 2.34% | $9,508 | 2.34% |
| MISC. | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| OFFICE EXPENSE | $13,112 | 3.22% | $0 | 0.00% | $0 | 0.00% |
| OTHER SALARIES | $97,095 | 23.88% | $97,095 | 23.88% | $97,095 | 23.88% |
| PAYROLL TAXES | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| PERMITS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| POSTAGE | $1,964 | 0.48% | $0 | 0.00% | $0 | 0.00% |
| REIMBURSEMENT | $1,000 | 0.25% | $1,000 | 0.25% | $1,000 | 0.25% |
| RETURNED ITEM | $3,753 | 0.92% | $3,753 | 0.92% | $3,753 | 0.92% |
| REPAIRS | $10,797 | 2.66% | $0 | 0.00% | $0 | 0.00% |
| SALES TAX | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| SHIPPING | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| SUBSCRIPTIONS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| SUPPLIES | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| TELEPHONE | $15,390 | 3.78% | $15,390 | 3.78% | $15,390 | 3.78% |
| TOOLS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| UNIFORMS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| UTILITIES | $3,332 | 0.82% | $3,332 | 0.82% | $3,332 | 0.82% |
|  | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
|  | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
|  | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| TOTAL EXPENSES | $294,800 | 72.49% | $144,086 | 35.43% | $144,086 | 35.43% |
| NET INCOME |  |  | $111,863 | 27.51% |  |  |
| OTHER INCOME/LOSS |  |  | $16,382 |  |  |  |
| TOTAL PER RETURN |  |  | $128,245 |  |  |  |
|  | NET INCOME % OF SALES |  | 27.51% | NET INCOME % OF SALES |  | 27.51% |

6/7/2007        State Farm Insurance Companies        3 of 8

24-z209-803 (BS)
Harris 100497

| CONT EXP % OF SALES | 35.43% | CONT EXP % OF SALES | 35.43% |
|---|---|---|---|
| TOTAL 1ST 90 DAYS | 62.94% | TOTAL AFTER 90 DAYS | 62.94% |

CLAIM #:   24-Z209-803                     INSURED:   D Neil Harris

PROJECTED LOST INCOME
AS TOTAL SUSPENSION

INSURED: D Neil Harris
DATE OF LOSS: 8/29/2005
CLAIM NUMBER: 24-Z209-803

### TREND ANALYSIS

| | 2003-2004 | 2004-2005 | % CHANGE | CALCULATIONS/NOTES |
|---|---|---|---|---|
| August | $434,423 | $406,663 | -6.39% | PERIOD OF RESTORATION |
| September | $0 | $0 | 0.00% | POR from 08/29/05 to 04/30/06 |
| October | $0 | $0 | 0.00% | Open Monday through Friday |
| November | $0 | $0 | 0.00% | |
| December | $0 | $0 | 0.00% | Monthly average for 24 months 1 Jan 03 |
| January | $0 | $0 | 0.00% | through 31 December 2004 = $35,045 |
| February | $0 | $0 | 0.00% | ($434,423 + $406,663)/24 = 35,045 |
| March | $0 | $0 | 0.00% | Note Aug '05 had 23 working days - 3 missed |
| April | $0 | $0 | 0.00% | $35,307/23*3= $4,605 (with incorrect avg) |
| May | $0 | $0 | 0.00% | Sep '05 had 21 working days - 6 missed |
| June | $0 | $0 | 0.00% | w/incorrect avg $35,307/21*6=$10,088 |
| July | $0 | $0 | 0.00% | Correct avg $35,045/21*15=$25,032 |
| **TOTAL** | $434,423 | $406,663 | | |
| **PERCENT CHANGE** | | -6.39% | | BUSINESS TREND: 0.00% |
| | | | | REQUIRED FIELD |

| | | PRIOR INCOME 2004-2005 | PROJECTED LOST INCOME 2005-2006 | ACTUAL INCOME 2005-2006 | ACTUAL LOST INCOME | NET LOST INCOME/ REVENUE | AMT OWED NET INC +CE 62.94% | CUMM |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 0.00% | 62.94% | |
| August | 29+ | $4,605 | $4,605 | $0 | $4,605 | $4,605 | $2,898 | $2,898 |
| September | | $35,120 | $35,120 | $0 | $35,120 | $35,120 | $22,104 | $25,003 |
| October | | $35,045 | $35,045 | $0 | $35,045 | $35,045 | $22,057 | $47,060 |
| November | 1-26 | $30,373 | $30,373 | $0 | $30,373 | $30,373 | $19,116 | $66,176 |
| November | 27+ | $4,673 | $4,673 | $0 | $4,673 | $4,673 | $2,941 | $69,117 |
| December | | $35,045 | $35,045 | $0 | $35,045 | $35,045 | $22,057 | $91,174 |
| January | | $35,045 | $35,045 | $0 | $35,045 | $35,045 | $22,057 | $113,231 |
| February | | $35,045 | $35,045 | $0 | $35,045 | $35,045 | $22,057 | $135,288 |
| March | | $35,045 | $35,045 | $0 | $35,045 | $35,045 | $22,057 | $157,345 |
| April | | $35,045 | $35,045 | $0 | $35,045 | $35,045 | $22,057 | $179,402 |
| May | | $35,045 | $35,045 | $0 | $35,045 | $35,045 | $22,057 | $201,459 |
| June | | $0 | $0 | $0 | $0 | $0 | $0 | $201,459 |
| July | | $0 | $0 | $0 | $0 | $0 | $0 | $201,459 |
| August | 1-28 | $0 | $0 | $0 | $0 | $0 | $0 | $201,459 |
| **TOTAL** | | $320,087 | $320,087 | $0 | $320,087 | $320,087 | $201,459 | $201,459 |

6/7/2007    State Farm Insurance Companies    5 of 8

24-z209-803 (BS)
Harris 100499

|  |  | % OF SALES |
|---|---:|---:|
| GROSS RECEIPTS OR SALES: | $406,663 |  |
| RETURNS & ALLOWANCES | $0 |  |
|  | $0 | 0.00% |
| NET RECEIPTS OR SALES | $406,663 | 100% |
| COST OF GOODS SOLD: |  |  |
| BEG. INVENTORY | $0 |  |
| PURCHASES | $0 |  |
| FREIGHT IN | $0 |  |
| SUPPLIES | $0 |  |
| ENDING INVENTORY | $0 |  |
| COST OF GOODS | $0 | 0.00% |
| GROSS PROFIT | $406,663 | 100.00% |

| OPERATING EXPENSES: | AMOUNT | % OF SALES | CONT. EXP. 1st 90 Days | % OF SALES | CONT EXP AFTER 90 | % OF SALES |
|---|---|---|---|---|---|---|
| (Temporary Location/Partial Suspension of Operations) | | | | | | |
| ACCOUNTING | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| ADVERTISING | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| ALARM SYSTEMS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| AMORTIZATION | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| AUTOMOBILE | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| BAD DEBT | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| BUSINESS UTILITIES | $1,670 | 0.41% | $1,670 | 0.41% | $1,670 | 0.41% |
| CASE COSTS | $124,841 | 30.70% | $0 | 0.00% | $0 | 0.00% |
| COMMISSIONS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| COMP OF OFFICERS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| COST OF LABOR | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| CREDIT CARD CHARGES | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| DELIVERY | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| DEPRECIATION | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| DUES & SUBSCRIPTIONS | $2,967 | 0.73% | $2,967 | 0.73% | $2,967 | 0.73% |
| EMP. BENEFITS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| ENTERTAINMENT | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| GARBAGE | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| HEALTH INS. | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| INSURANCE | $8,826 | 2.17% | $8,826 | 2.17% | $8,826 | 2.17% |
| INTEREST | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| LAUNDRY | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| LEASING | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| LEGAL | $545 | 0.13% | $545 | 0.13% | $545 | 0.13% |
| TAXES & LICENSES | $9,508 | 2.34% | $9,508 | 2.34% | $9,508 | 2.34% |
| MISC. | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| OFFICE EXPENSE | $13,112 | 3.22% | $0 | 0.00% | $0 | 0.00% |
| OTHER SALARIES | $97,095 | 23.88% | $97,095 | 23.88% | $78,710 | 19.36% |
| PAYROLL TAXES | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| PERMITS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| POSTAGE | $1,964 | 0.48% | $0 | 0.00% | $0 | 0.00% |
| REIMBURSEMENT | $1,000 | 0.25% | $1,000 | 0.25% | $1,000 | 0.25% |
| RETURNED ITEM | $3,753 | 0.92% | $3,753 | 0.92% | $3,753 | 0.92% |
| REPAIRS | $10,797 | 2.66% | $0 | 0.00% | $0 | 0.00% |
| SALES TAX | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| SHIPPING | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| SUBSCRIPTIONS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| SUPPLIES | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| TELEPHONE | $15,390 | 3.78% | $15,390 | 3.78% | $15,390 | 3.78% |
| TOOLS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| UNIFORMS | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| UTILITIES | $3,332 | 0.82% | $3,332 | 0.82% | $3,332 | 0.82% |
|  | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
|  | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
|  | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| TOTAL EXPENSES | $294,800 | 72.49% | $144,086 | 35.43% | $125,701 | 30.91% |
| NET INCOME | | $111,863 | 27.51% | | | |
| OTHER INCOME/LOSS | | $16,382 | | | | |
| TOTAL PER TAX RETURN | | $128,245 | | | | |
| NET INCOME % OF SALES | | 27.51% | NET INCOME % OF SALES | | | 27.51% |

6/7/2007         State Farm Insurance Companies         7 of 8

24-z209-803 (BS)
Harris 100501

| CONT EXP % OF SALES | 35.43% | CONT EXP % OF SALES | 30.91% |
| TOTAL- 1ST 90 DAYS | 62.94% | TOTAL- AFTER 90 DAYS | 58.42% |

CLAIM #:  24-Z209-803          INSURED:   D Neil Harris

PROJECTED LOST INCOME
PARTIAL SUSPENSION OF OPERATIONS

INSURED: D Neil Harris
DATE OF LOSS: 8/29/2005
CLAIM NUMBER: 24-Z209-803

TREND ANALYSIS

| | 2003-2004 | 2004-2005 | % CHANGE | CALCULATIONS/NOTES |
|---|---|---|---|---|
| August | $434,423 | $406,663 | -6.39% | |
| September | $0 | $0 | 0.00% | |
| October | $0 | $0 | 0.00% | |
| November | $0 | $0 | 0.00% | |
| December | $0 | $0 | 0.00% | |
| January | $0 | $0 | 0.00% | |
| February | $0 | $0 | 0.00% | |
| March | $0 | $0 | 0.00% | |
| April | $0 | $0 | 0.00% | |
| May | $0 | $0 | 0.00% | |
| June | $0 | $0 | 0.00% | |
| July | $0 | $0 | 0.00% | |
| TOTAL | $434,423 | $406,663 | | |
| PERCENT CHANGE | | -6.39% | | BUSINESS TREND 0.00% |

| | | PRIOR INCOME 2004-2005 | PROJECTED LOST INCOME 2005-2006 | ACTUAL INCOME 2005-2006 | ACTUAL LOST INCOME | NET LOST INCOME/ REVENUE 0.00% | AMT OWED NET INC. ÷ CE 62.84% 58.42% | CUMM |
|---|---|---|---|---|---|---|---|---|
| August | 29+ | $4,605 | $4,605 | $0 | $4,605 | $4,605 | $2,898 | |
| September | | $35,120 | $35,120 | $0 | $35,120 | $35,120 | $22,104 | $25,003 |
| October | | $35,045 | $35,045 | $11,000 | $24,045 | $24,045 | $15,134 | $40,136 |
| November | 1-26 | $30,373 | $30,373 | $5,547 | $24,826 | $24,826 | $15,625 | $55,761 |
| November | 27+ | $4,673 | $4,673 | $693 | $3,980 | $3,980 | $2,325 | $58,086 |
| December | | $35,045 | $35,045 | $8,656 | $26,389 | $26,389 | $15,416 | $73,502 |
| January | | $35,045 | $35,045 | $29,516 | $5,529 | $5,529 | $3,230 | $76,732 |
| February | | $35,045 | $35,045 | $29,011 | $6,034 | $6,034 | $3,525 | $80,258 |
| March | | $35,045 | $35,045 | $11,888 | $23,157 | $23,157 | $13,528 | $93,785 |
| April | | $35,045 | $35,045 | $22,424 | $12,621 | $12,621 | $7,373 | $101,158 |
| May | | $35,045 | $35,045 | $0 | $35,045 | $35,045 | $20,473 | $121,631 |
| June | | $0 | $0 | $0 | $0 | $0 | $0 | $121,631 |
| July | | $0 | $0 | $0 | $0 | $0 | $0 | $121,631 |
| August | 1-28 | $0 | $0 | $0 | $0 | $0 | $0 | $121,631 |
| TOTAL | | $320,087 | $320,087 | $118,735 | $201,352 | $201,352 | $121,631 | $121,631 |

6/7/2007                State Farm Insurance Companies                9 of 8

24-z209-803 (BS)
Harris 100503

# CALCULATION TO DETERMINE EXTRA EXPENSE LIMIT

**INSURED:** D Neil Harris  **CLAIM #:** 24-Z209-803

**TODAY'S DATE:** 6/7/2007  **DATE OF LOSS:** 8/29/2006

| | | |
|---|---|---|
| ACTUAL LOSS OF BUSINESS INCOME WITH FULL SUSPENSION OF OPERATIONS | | $201,459 |
| ACTUAL LOSS OF BUSINESS INCOME WITH PARTIAL SUSPENSION OF OPERATIONS | $121,631 | |

**EXTRA EXPENSES:**

| ITEM | AMOUNT |
|---|---|
| 1 | $0 |
| 2 | $0 |
| 3 | $0 |
| 4 | $0 |
| 5 | $0 |
| 6 | $0 |
| 7 | $0 |
| 8 | $0 |
| 9 | $0 |
| 10 | $0 |
| | $0 |

| | | |
|---|---|---|
| TOTAL EXTRA EXPENSE: | $0 | |
| LOSS OF BUSINESS INCOME WITH PARTIAL SUSPENSION OF OPERATIONS PLUS EXTRA EXPENSE | $121,631 | |
| LOSS OF INCOME CLAIM: | $121,631 | $201,459 |

| | EXTENSIONS OF COVERAGE | COVERAGE C | TOTAL |
|---|---|---|---|
| EXTRA EXPENSE (EXTENSION OF COVERAGE): | $0 | | |
| COVERAGE C PAYABLE: | | $121,631 | |
| PRIOR PAYMENTS: | $0 | $8,997 | |
| AMOUNT OWED: | $0 | $112,634 | $112,634 |

6/7/2007   State Farm Insurance Companies   10 of 8

24-z209-803 (BS)
Harris 100504